# Exhibit 1

## Invoice

D.C. Disability Law Group, P.C. - User Summary

**Alana Hecht**

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| 12/04/2013 | Initial intake phone call with parent regarding need for assistance for her child. Discussed her concerns, the facts, possible violations, what we may be able to do to assist. Got contact and other information. set up initial intake appointment. Advised parent on what documents to bring to our office for assistance in getting started with her case. | $360.00 hr | 0.50 | 0.50 | $180.00 | 0.00 |
| 12/06/2013 | Following meeting with parent, reviewed all the records the parent brought to get an idea of needs of student, severity of disability, possible issues that need to be addressed and any IDEA violations, and to determine what else is needed record-wise. make list of records we will need from parent or ____ | $360.00 hr | 4.20 | 4.20 | $1,512.00 | 0.00 |
| 12/06/2013 | Initial intake in person with parent and student to discuss student needs, concerns about placement/ IEP, and to discuss next steps. Parent brought dozens of documents for review but more will be needed. Discussed strategy and answered parent's questions. | $360.00 hr | 1.20 | 1.20 | $432.00 | 0.00 |
| 12/09/2013 | follow up phone call with parent following record review to discuss what I found and the implications for her case and strategy moving forward. asked some additional questions and answered the parent's questions | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 12/12/2013 | Receive and read LOI proposing to meet on 01/07/14 at 9AM. This meeting will be used as basis for assisting parent through litigation. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
| --- | --- | --- | --- | --- | --- | --- |
| 12/12/2013 | Phone call to parent to see if she can meet 01/07/14 at 9AM (with DCPS). The earliest parent can meet is 10AM because she has to drop off her children at school. I told mom I will reach out to DCPS to meet at a later time. our office will represent parent at this meeting and it will be used | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/12/2013 | Send email to Ms. Clark (DCPS) confirming receipt of the LOI. Asked if the team can meet at 10AM instead of 9AM on 01/07/14. Provided DCPS with an explanation why parent cannot meet at 9AM. This meeting will be used to build case for litigation. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/13/2013 | Receive email from Ms. Clark (DCPS) informing me that meeting at 10AM on 01/07/13 is fine. This meeting will be used to build case for litigation. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/13/2013 | Phone call to parent letting her know that DCPS is ok with meeting at 10AM on 01/07/13. Advised as to agenda for meeting, how we can use it to build our case for litigation, possible outcomes, documents we will seek, and other strategy. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 01/07/2014 | Receive email from paralegal advising me that DCPS was not ready to proceed with meeting and will have to reschedule. This meeting was going to be used to gather additional data and support due process | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 01/07/2014 | draft and send email to Ms. Clark (DCPS) summarizing what took place this morning. Informed Ms. Clark that the team will need to reschedule the meeting. Asked for dates /times | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 01/13/2014 | Phone call to parent letting her know that I reached out to Ms. Clark (DCPS) in hopes of rescheduling our meeting. Advised of the impact the delay might have on the case, and next steps. Discussed parent's continued concerns re: IEP and programming | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 09/26/2014 | Review internal case notes taken during various phone calls with the parent to determine the status of the case and to determine whether it is time to file a due process complaint based on DCPS's continued attempts to get the student to switch schools because Johnson is not appropriate for him. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 10/03/2014 | Receive and review meeting notes taken at my direction by Paralegal Ms. K at the recent meeting for this student. Purpose of review is to determine if the case is ready for a complaint based on continued representations by DCPS that the student's placement is not appropriate and their continued attempts to get the parent to dis-enroll | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 10/08/2014 | Copy of follow-up letter sent to parent via U.S. mail. | $0.49 ea | 1.00 | $0.49 | $0.49 | 0.00 |
| 10/08/2014 | Receive and review follow up letter to the September 24, 2014 meeting drafted by CK at my request to memorialize what took place a the meeting. This will be the basis of some of her testimony at the hearing. Reviewed for any legal-related content and its appropriateness | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |
| 10/08/2014 | Receive and review email from paralegal to Mr. White (DCPS) attaching paralegal's follow up letter. this and DCPS's response will be part of the five day disclosure and the basis of some of the testimony at the hearing | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 10/08/2014 | Draft and send letter to parent re CK follow up letter and the recent meeting and our next steps to build her case. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 10/13/2014 | In person meeting with parent about case status and next steps. Parent brought more school records she found/ was able to get for us to review and use for drafting a complaint and to be able to prove that her son needs more support. Discussed next steps, how the documents will be used, and timeline. parent still very concerned about student's current IEP/ placement. | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/16/2014 | Reviewed additional records the parent brought to my office the other day for use in determining next steps/ strength of case/ whether we can proceed to due process. School records definitely will support complaint for inappropriate IEP/ placement. Comp ed and some other program will be needed. | $370.00 hr | 2.40 | 2.40 | $888.00 | 0.00 |
| 11/11/2014 | start process of complaint drafting by making outline of all the facts and some of the legal claims I want to put in the complaint, using the evaluations, school records, and communications to make timeline and organize for the hearing officer to be able to understand. Review hundreds of relevant documents to make outline so that eventually that can be used to draft facts for complaint. | $370.00 hr | 5.30 | 5.30 | $1,961.00 | 0.00 |
| 11/13/2014 | Continue process of drafting due process complaint by using outline to draft fact section of complaint. Dozens of pages of facts were included in the complaint. Left a few blanks that I need to get from the parent via phone. Will draft legal claims/ relief and then review before filing. | $370.00 hr | 5.00 | 5.00 | $1,850.00 | 0.00 |
| 11/17/2014 | call to the parent to advise of progress on drafting the complaint and to ask her some questions to help me with the facts in the complaint including the timeline and some other things that I need to include. Wrote down answers for incorporation into complaint, and advised parent as to next steps/ timeline for filing. | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |
| 11/18/2014 | using the information from the parent, filled in facts and reorganized them. | $370.00 hr | 0.70 | 0.70 | $259.00 | 0.00 |
| 11/21/2014 | Continue drafting complaint. Drafted request for relief and half of the legal claims sections including an outline of each of the claims and some of the applicable law. legal research is necessary to complete the legal claims section and finish the complaint. | $370.00 hr | 3.70 | 3.70 | $1,369.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 11/24/2014 | using the legal research completed, draft the rest of the the due process complaint including the rest of the legal claims and applying the facts to the law. | $370.00 hr | 3.00 | 3.00 | $1,110.00 | 0.00 |
| 11/24/2014 | conduct legal research (IDEA and case law) for use in completing the legal claims section of the complaint so it can be finished and filed. Time includes reviewing cases and identifying any quotes or page citations for inclusion in the complaint. | $370.00 hr | 4.70 | 4.70 | $1,739.00 | 0.00 |
| 11/27/2014 | complete due process complaint by reviewing and editing for content, grammar, syntax, citations. will call parent to discuss prior to filing. | $370.00 hr | 1.50 | 1.50 | $555.00 | 0.00 |
| 12/03/2014 | call to parent to advise her of the completion of the complaint. discussed filing of complaint and when it would be best to file | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 12/24/2014 | file complaint and serve on dcps. | $0 hr | 0.20 | 0 | $0.00 | 0.20 |
| 12/30/2014 | Receive and review email from the Hearing Office providing a Notice of Hearing Officer Assignment for the recently filed complaint. The case was assigned to IHO Blount and the opposing counsel is Steven Rubenstein. Made note for my records. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 12/30/2014 | Receive and review email from Mr. Castillo, resolution specialist at DCPS, regarding a phone call with our paralegal and our objection to a resolution meeting being held at the school. He asks for information about why we are objecting to that location since the student attends Johnson MS and that is where they are proposing we have the | $0 hr | 0.10 | 0 | $0.00 | 0.10 |

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 12/30/2014 | Draft and send email to DCPS resolution specialist advising as to the reason that we disagree with holding the RSM at Johnson MS- because of the toxic environment there at our last meeting and the position this puts the parent in. Advised that the school personnel don't even have the authority to offer settlement and that in this case, the parent will not agree to hold the RSM at the school. Asked that the meeting be held at DCPS HQ. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 12/30/2014 | Phone call to the parent to discuss the location for the RSM in this case and the request by DCPS to hold it at the school. The parent agreed that in this case, we can agree to hold it at Johnson MS. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 12/30/2014 | Following call with the parent, draft and send email to DCPS advising them that we will agree to hold the RSM at Johnson MS, despite the previous issues we have had with personnel there. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 12/30/2014 | Draft and send email to RSM scheduler advising him that there is no confirmed IEP meeting on the 6th, since he asked us to have a RSM on the same day at the same time as that meeting. Advised that we have an all day hearing on that day and therefore could not have an IEP meeting on that day. Also advised that we would not agree to combine a RSM and IEP meeting either way. Advised that we will have to choose another day for the RSM and that no IEP meeting can take place on the 6th. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 12/30/2014 | Receive and review email from the DCPS resolution scheduler thanking us for agreeing to have the RSM at Johnson MS. He proposed a date and time and asked that we respond. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 12/30/2014 | Receive and review RSM confirmation email with attachment regarding date we finally agreed to for the RSM meeting, which will not be combined with an IEP meeting that we never agreed could be held on the 6th because we have a hearing that day and could not attend | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 12/30/2014 | Receive and review email from DCPS scheduler of the RSM asking if we will agree to waive the RSM timeline that is mandated by law because the meeting will be held on the 9th, which is past the 15 day deadline | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 12/30/2014 | Receive and review email from DCPS attorney claiming that the IEP annual review was already scheduled prior to the filing of the complaint for the 6th and that DCPS is going forward with the meeting without us or the parent on that date, and will also have the RSM without us on that date, even though we just agreed to a later date for the RSM | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 12/30/2014 | Draft and send email to DCPS advising that we do agree to waive the RSM timeline because we are having the RSM on the 9th ,which is after the fifteen day mandated timeline under IDEA | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 12/30/2014 | Email from resolution scheduler, DCPS to paralegal follow up to telephone conversation re meeting to discuss pending complaint i.e. possible dates | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 12/31/2014 | Receive and review email from the IHO in this case providing the timeline for the complaint, response, resolution period, and HOD deadline. She also provided proposed dates for the dph and RSM and details about expectations for the PHC including call in line. She asked for info on the schedule of counsel for both the DPH and PHC. Time includes | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 12/31/2014 | Receive and review email from the IHO attaching Initial Order on RSM, Mediation Meeting, and Mutual Waiver. Reviewed attachments for IHO expectations | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 12/31/2014 | Draft and send email to the IHO in this case advising of my availability for the DPH and PHC at the request of the IHO. Advised the IHO that the dates proposed for the hearing are not good for us because we have a conflict. Time includes review of calendar | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 12/31/2014 | Receive and review email from the DCPS attorney in response to the request from the IHO for available dates for the PHC and DPH. He provides his availability | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/02/2015 | Receive and review email from the paralegal (at my direction) to Mr. Rubenstein, DCPS attorney, regarding his email about an annual IEP meeting for this student and DCPS's intent to have it on the 6th without the parent and to have the RSM at the same time, also without the parent. Ms. K advised DCPS that the parent was not aware of this alleged meeting that was planned, and either way, she cannot attend. She also advised that now the RSM that was confirmed for the 9th is not going to work and needs to be rescheduled for the 8th or 12th. She said that she'd follow up with the RSM person about rescheduling that, but advised that DCPS may not move forward with any meeting without the parent on the 6th. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/02/2015 | Receive and review email from the paralegal (at my direction) to RSM scheduler regarding the RSM. She advised that we can no longer have the meeting on the 9th, and asked that it be rescheduled for the 8th or 12th because the parent cannot do the 9th. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 01/02/2015 | Receive and review email from DCPS attorney to myself and the IHO in this case advising as to his availability for the PHC and DPH. He advised that he would like to hold two dates for the DPH tentatively because his witnesses are out on Christmas break and he cannot check their availability. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/02/2015 | Receive and review email from the IHO in this case in response to Mr. Rubenstein's request that we hold two dates for the hearing tentatively. She advised that she is fine with holding the dates or scheduling the hearing for two dates and not using the second one if it is not needed. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 01/02/2015 | Receive and review email from DCPS counsel in response to the IHO's suggestion that we schedule the hearing for two dates and then not use both if they are not needed. He agrees to this plan. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/02/2015 | Receive and review email from DCPS counsel providing a Response to the Complaint. Reviewed response to determine DCPS's defenses in the case and to be able to advise the parent accordingly and plan for the DPH. Made notes as appropriate regarding our positions on DCPS's defenses. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 01/02/2015 | Draft and send email to the IHO and DCPS counsel advising that I also agree to hold two dates for the hearing for now and then we can use one if it is needed | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/02/2015 | Receive and review Notice of Pre-Hearing Conference from the IHO and an accompanying email with her expectations regarding the PHC. Made note of expectations and reviewed attachment | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 01/05/2015 | Receive and review email sent by paralegal at my direction regarding the parent's lack of knowledge about an IEP meeting to be held. She advised DCPS that we learned of this alleged meeting when the RSM was being scheduled. She advised that DCPS may not hold a meeting without the parent's presence even if the meeting had previously been confirmed, especially during litigation when the decisions at the meeting will likely affect the ongoing litigation. She asked for DCPS to reschedule, as we have been requesting. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/06/2015 | Receive and review email from DCPS advising that they are finally agreeing to reschedule the IEP meeting that DCPS claims they were going to have without the parent. This meeting will be the subject of testimony at the upcoming hearing and the documents from the meeting will be used as evidence | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| 01/12/2015 | Draft and send email to Mr. Castillo at DCPS asking if the RSM is going to proceed as scheduled, given the weather delay for DCPS today. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 01/12/2015 | Receive and review email response from Eric Castillo advising that the RSM is proceeding as scheduled as far as he knows, despite the weather delay for DCPS | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/13/2015 | receive and review email from Mr. Rubenstein to the IHO and myself attaching the resolution disposition from yesterday's RSM, per the IHO's requirement. Reviewed to ensure it is the one that was signed at the RSM and that I signed it | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/14/2015 | Receive and review email from the IHO in this case reminding me that the PHC is today and I am expected to call into the conference call. She provides the info for the conference call line. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/14/2015 | Receive and review email from the IHO in this case advising that due to a conflict I had with the PHC that came up last minute, she is available later today for the PHC. She asked me to weigh in on availability | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/14/2015 | Receive and review email from DCPS counsel regarding pushing back of PHC due to a conflict that came up in my schedule. He advised he is also available later today, as the IHO indicated | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/14/2015 | Draft and send email to the IHO advising of the nature of the conflict that came up today and my need to reschedule because I am home sick and unable to participate in a PHC at this time | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/14/2015 | Receive and review email from the IHO in this case advising as to dates/ times when we can reschedule the PHC because of my illness. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/14/2015 | Draft and send email to the IHO in this case advising of the times/ dates I can reschedule the PHC based on those offered by the IHO. Advised that I will wait for the DCPS attorney to respond re: availability before marking my calendar. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 01/14/2015 | Receive and review email from DCPS attorney confirming he is also available to reschedule the PHC during the dates/ times suggested by the IHO. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/14/2015 | Receive and review email from the IHO advising of the new date and time for the PHC based on the representations made by the parties re: availability. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/20/2015 | In anticipation of today's Pre-Hearing conference, where the parties will be asked to discuss the claims, defenses, expected witnesses, and other issues related to the due process complaint, prepared for the PHC by reviewing the "subjects to be considered" that were provided by the IHO via email and taking notes on the answers that will be provided to the IHO for the various questions I expect to be asked during the PHC. Time also includes a review of relevant documentation, the complaint, and the response, and case notes in order to draft a preliminary witness list, as the IHO will be requesting that I provide her information about the witnesses I expect to call at the hearing. | $370.00 hr | 1.00 | 1.00 | $370.00 | 0.00 |
| 01/20/2015 | Participate in Pre-Hearing Conference with IHO and DCPS Counsel in order to review the claims, defenses, expected witnesses, expected length of hearing, the possibility of pre-hearing motions, and to determine IHO expectations of the parties for the upcoming due process hearing. Motions deadlines were set, in addition to deadlines to | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |
| 01/20/2015 | Receive and review email from Mr. West of DCPS asking if I had any information about whether the parent would be willing to put the student at Washington Metropolitan (which is what he asked me to find out at the PSM) | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/20/2015 | Draft and send email to DCPS advising that I am still doing research into the issue and that I will be advising them by the end of the week. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| 01/20/2015 | Receive and review Pre-Hearing Order issued by the IHO in this case memorializing the claims, defenses, and expectations of the IHO for the upcoming due process hearing. Made note of deadlines and reviewed to determine if any objections need to be made to the Order, given that those objections must be raised in advance. Time includes comparison of claims in the Order to the Complaint and a comparison of the defenses in the Order to | $370.00 hr | 0.40 | 0.40 | $148.00 | 0.00 |
| 01/21/2015 | Read and review memorandum prepared by paralegal following her interview with Washington Metropolitan about the BES program there. The reason for the interview was that DCPS proposed Washington Met as an appropriate program for Kenneth. Purpose of review is to determine next steps in case and how to advise parent about whether to consider placement at Washington met. Also to determine usefulness of this memo for use in five day disclosure packet. | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |
| 01/21/2015 | Call to the parent to advise her of what our office learned after investigating Washington Met as a proposed placement by DCPS for Kenneth. Advised the parent that the student would not be able to earn a diploma and that they said it was not appropriate for him, and that it was full. Advised parent of next steps and intent to send placement packets and process of admissions. Also provided hearing date and next steps to prepare for hearing. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 01/21/2015 | Based on information learned from paralegal's memorandum and after discussion with parent, drafted and sent email to Alton West of DCPS to advise that we have done further investigation of the proposed placement from the RSM of Washington Metropolitan and that it is not appropriate for the student and the parent does not agree to it. Advised as to some of the reasons for the parent's rejection, including that they don't offer diploma track classes in that BES program. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/26/2015 | Draft and send email response to DCPS attorney regarding his accusation that I removed him from communications with his client. I advised that I did not remove him from the email, simply started a new email chain with the person who had sent me [...] | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/26/2015 | Receive and review email from DCPS counsel asking for the client's position on an offer of settlement wherein the student would remain at the current school and not receive any of the requested relief in the complaint. DCPS is offering a meeting. Time includes review of previous correspondence and the offer made by DCPS compliance case manager on a previous day for the purpose of crafting a | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/26/2015 | Draft and send email to Mr. Rubenstein, counsel for DCPS, forwarding him the response to the offer of SA already sent to DCPS staff by me in response to that offer. Advised that Mr. West must not have shared our response with him and that we maintained our position and reject the offer. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 01/27/2015 | Copy of placement packet referrals sent to parent via U.S. mail. | $0.49 ea | 1.00 | $0.49 | $0.49 | 0.00 |
| 01/27/2015 | Create and send placement packet to Oak Valley Center and Accotink Academy. | $0 hr | 1.00 | 0 | $0.00 | 1.00 |
| 01/27/2015 | Draft letter to parent re placement packet referrals. Explained purpose to parent. | $0 hr | 0.40 | 0 | $0.00 | 0.40 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 01/28/2015 | Conduct additional legal research on the defenses raised by DCPS and on some legal issues raised in the complaint in preparation for the upcoming hearing. made list of citations to discuss during closing arguments | $370.00 hr | 4.00 | 4.00 | $1,480.00 | 0.00 |
| 02/02/2015 | call from the parent to discuss the student being suspended again, which goes to the inappropriateness of his current placement and the IEP. Discussed how we would be addressing this at the upcoming hearing and how the evidence of this will be used to support our case. answered parent's questions. discussed strategy and hearing prep. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 02/02/2015 | Receive and review email from paralegal sent at my direction to make a record about continuing concerns about this student relevant to current litigation pending. This will be used as part of the five day. The student was suspended again, which goes to the inappropriateness of his current placement. As requested, email outlines continued | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 02/08/2015 | In order to complete five day disclosure, review electronic file, paper file, emails, and all other documents (hundreds), determine which ones are relevant to the case and separate out the ones that grant | $370.00 hr | 5.40 | 5.40 | $1,998.00 | 0.00 |
| 02/08/2015 | In order to complete five day disclosure, draft witness list and accompanying explanation of witness expected testimony, which required review of the relevant documents for each witness and the PHO and complaint to identify witnesses and the subject of their testimony | $370.00 hr | 1.40 | 1.40 | $518.00 | 0.00 |
| 02/09/2015 | Draft and send email to the IHO in this case and DCPS counsel, as required by the PHO, providing information on the comp ed that we will be requesting for the student. Time also includes conference with the expert witness that will be testifying on comp ed to determine what is an appropriate comp ed request/ award based on the alleged denials of FAPE in the case. | $370.00 hr | 0.40 | 0.40 | $148.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 02/09/2015 | following review of documents relevant to the case, organized into exhibits for ease of IHO's review and so that an exhibit list can be drafted for the five day cover sheet | $370.00 hr | 1.00 | 1.00 | $370.00 | 0.00 |
| 02/10/2015 | Call to the parent about her concerns about placement and alternative placement request. Advised the parent how we can deal with this at the hearing and discussed/ determined strategy. Also advised that we might get comp ed, the self-contained placement, and comp ed/ credit recovery and explained how that would work. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 02/11/2015 | In order to complete the five day disclosure, drafted exhibit list using organized exhibits already compiled and finished five day cover sheet by including additional information required by the IHO for inclusion in the five day cover sheet. Time includes reference to PHO for expectations. | $370.00 hr | 0.90 | 0.90 | $333.00 | 0.00 |
| 02/11/2015 | Finish five day disclosures by reviewing entire packet and five day cover sheet to ensure it is complete and contains all necessary documents and is properly organized and numbered and ready for filing | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |
| 02/11/2015 | File five day disclosures with the IHO and DCPS counsel and the ODR. | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 02/11/2015 | Receive and review email from DCPS filing their disclosure in this case. Reviewed to determine if any objections need to be made to the disclosures, as they are required per the PHO | $370.00 hr | 0.60 | 0.60 | $222.00 | 0.00 |
| 02/12/2015 | 2 copies of Respondent's five day (55 pages) at 15 cents per page = $16.50 | $16.50 ea | 1.00 | $16.50 | $16.50 | 0.00 |
| 02/12/2015 | 3 copies of Petitioner's five day (360 pages) at 15 cents per page = 162.00 | $162.00 ea | 1.00 | $162.00 | $162.00 | 0.00 |
| 02/12/2015 | start process of preparing for the possible witnesses listed by DCPS on their five day cover sheet. Began by prepping for Kinsasha Fowkles, LEA rep. Time includes identifying documents/ meetings/ issues she is related to, and preparing list of potential topics for cross exam. | $370.00 hr | 0.80 | 0.80 | $296.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 02/13/2015 | continue process of preparing for the possible witnesses listed by DCPS on their five day cover sheet. prepared for possible testimony o the two special education teachers listed- Sheryl Clark and Ossie White. Time includes identifying documents/ meetings/ issues she is related to, and preparing list of potential topics for cross exam. | $370.00 hr | 1.30 | 1.30 | $481.00 | 0.00 |
| 02/13/2015 | prepared for hearing by reviewing each and every of the 366 pages we filed on behalf of Petitioner. 33 exhibits were filed. Annotated/ took notes/ highlighted for use during hearing, to identify most relevant parts, and to aid in drafting questions and ~~~~~~ for witnesses | $370.00 hr | 6.50 | 6.50 | $2,405.00 | 0.00 |
| 02/13/2015 | prepared for possible testimony of the principal listed on DCPS's cover sheet, Carol Campbell. Time includes identifying documents/ meetings/ issues she is related to, and preparing list of potential topics for cross exam. | $370.00 hr | 0.70 | 0.70 | $259.00 | 0.00 |
| 02/13/2015 | phone conference to prep with witness from private placement we will be presenting at the hearing. | $0 hr | 0.70 | 0.70 | $0.00 | 0.70 |
| 02/13/2015 | following prep with private school witness, drafted questions for use in direct examination | $0 hr | 1.00 | 1.00 | $0.00 | 1.00 |
| 02/14/2015 | prepared for upcoming hearing by reviewing the 12 exhibits that DCPS disclosed and making notes for use during questioning. Also compared to what we filed to identify duplicates. Annotated/ tabbed as needed for use during hearing. | $370.00 hr | 2.00 | 2.00 | $740.00 | 0.00 |
| 02/14/2015 | prepared for possible testimony of Alton West, CCM from central office. Time includes identifying documents/ meetings/ issues she is related to, and preparing list of potential topics for cross exam. This witness was involved in the RSM and a lot of communications between the parties. | $370.00 hr | 0.90 | 0.90 | $333.00 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 02/14/2015 | prepared for hearing by meeting in person with the parent and student and reviewing the issues, relevant facts, and timeline. took notes to use to draft questions for use during the hearing. | $370.00 hr | 2.00 | 2.00 | $740.00 | 0.00 |
| 02/14/2015 | conduct research on the DCPS self contained programs available to this student including the BES program by reviewing HODs, all DCPS published materials, and other information available on this program (program guide) for use in questioning DCPS witness and because of alternative relief | $370.00 hr | 2.30 | 2.30 | $851.00 | 0.00 |
| 02/15/2015 | prepared for possible testimony of Nicole Garica of the BES program (our alternative relief to the private placement). Time includes identifying documents/ meetings/ issues she is related to, and preparing list of potential topics for cross exam. Since we are proposing this program as an alternative, time also included drafting questions from information known about the program and | $370.00 hr | 1.30 | 1.30 | $481.00 | 0.00 |
| 02/15/2015 | following meeting in person with the parent and student, draft questions for use during the hearing. | $370.00 hr | 1.60 | 1.60 | $592.00 | 0.00 |
| 02/15/2015 | create litigation "cheat sheet" / exhibit index with important pages, quotes, citations for each exhibit. will be used during opening, closing arguments and to question witnesses on direct and cross and for easy reference. required review of entire five day and reference to both parties' five day disclosure | $370.00 hr | 4.70 | 4.70 | $1,739.00 | 0.00 |
| 02/16/2015 | meet in person with paralegal who took notes at the meeting and acted as liaison for a lot of the communications with DCPS. reviewed all issues, each exhibits about which she may be questioned, and discussed what to expect on direct and cross examination | $370.00 hr | 1.80 | 1.80 | $666.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 02/16/2015 | meet in person with expert Ida Holman, who drafted the comp ed plan and who is a fact witness in addition. Reviewed each exhibit that she may be asked about, discussed all issues in case, discussed possible questions on direct and cross, and took notes for use in drafting questions. this is one of the main fact witnesses and she will be an expert and testify as to the IEP inappropriateness, the need for a new placement, and the comp ed. | $370.00 hr | 2.00 | 2.00 | $740.00 | 0.00 |
| 02/16/2015 | draft and send email to all witnesses providing both parties' five day disclosures as required and advising how/ when they might be asked to use them during testimony. pointed out the specific documents these witnesses might be likely to have to review. Provided additional information about the hearing including logistics and expectations. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 02/16/2015 | draft questions for both paralegal CK and expert Holman following my meetings to prep. Used my notes and the exhibits/ pre-hearing order to guide drafting of questions | $370.00 hr | 2.20 | 2.20 | $814.00 | 0.00 |
| 02/18/2015 | phone call to the parent to discuss tomorrow's hearing including discussing what to expect procedure wise, time wise, the timeline for the decision, who will be testifying for us and who may for DCPS, and the possibility that the hearing will go two days depending on DCPS's witness list. Answered questions. Discussed strategy, alternative relief request, and parent's ability to testify about events that have happened since the five day was filed including continued issues at school. provided parent information about hearing | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |
| 02/19/2015 | Parking for Attorney- day of hearing | $20.00 ea | 1.00 | $20.00 | $20.00 | 0.00 |
| 02/19/2015 | Parking for Parent/ Student- day of hearing | $20.00 ea | 1.00 | $20.00 | $20.00 | 0.00 |
| 02/19/2015 | Litigate Day 1 of due process hearing on behalf of parent. Time includes opening, direct exam, and legal arguments. | $370.00 hr | 8.50 | 8.50 | $3,145.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|------|-------------|------|------|------|--------|------|
| 02/19/2015 | Following day 1 of due process hearing, in person meeting with parent to discuss how the hearing went, the prep I will do for tomorrow in light of what took place today, likelihood of success, what to expect tomorrow, and to answer questions. | $370.00 hr | 0.50 | 0.50 | $185.00 | 0.00 |
| 03/08/2015 | Receive and review Hearing Officer's Determination in this case. Reviewed for the purpose of determining favorable party, basis for the IHO's determinations, and to be able to advise the parent accordingly and plan for any and all HOD implementation. | $370.00 hr | 0.40 | 0.40 | $148.00 | 0.00 |
| 03/09/2015 | Call to the parent following receipt of the HOD to advise her of the outcome of the HOD and the basis for the IHO's decision. Advised of the next steps, implementation steps required, and how we can ensure the student receives a FAPE moving forward. Answered parent's questions. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 03/10/2015 | Conduct research on the company that the parent has indicated she wanted for the comp ed and retrieved contact information. Draft and send email to Mr. Johnson of DCPS per his request advising him of the contact information and name of the company, in addition to the contact person. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 03/10/2015 | Receive and review email from DCPS employee I Johnson providing documents for implementation of the HOD for this student, along with an explanation of what is being sent. He also indicated a need to schedule a meeting per the HOD and asked for dates that the client is available for such a meeting. The email also discusses the comp ed that is required per the HOD and asks for information on who will be providing the services ordered. Time includes review of all implementation documentation provided to ensure that it complies with the HOD, and comparison with the language in the HOD. DCPS included the wrong name of the student on all he forms. | $370.00 hr | 0.60 | 0.60 | $222.00 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 03/10/2015 | Draft and send email to DCPS in response to receipt of implementation documents per HOD for this student. Advised the documents have the student's name wrong and asked that they be revised to include the correct name of the student | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/10/2015 | Receive and review second email from I Johnson providing revised documents per HOD for my review with the name changed to reflect the actual student's name. Reviewed to make sure the name was changed appropriately | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/10/2015 | draft and send email response to Mr. Johnson from DCPS advising him that I will call the parent regarding dates for a meeting per the HOD and get back to him asap with that information | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/10/2015 | draft and send email response to Mr. Johnson from DCPS advising him that I will call the parent regarding dates for a meeting per the HOD and get back to him asap with that information | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/10/2015 | Receive and review another email response from Mr. Johnson from DCPS. He advised that I should advise him of the provider for the comp ed per HOD and provide the provider's contact information. He also indicates that the DCPS rep copied to the email should respond about the dates that I propose for the meeting per HOD and propose alternatives if those are not good for the | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/11/2015 | Receive and review email from DCPS per HOD providing some dates and times for the meeting ordered in the HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/11/2015 | Draft and send email to DCPS in response to proposed dates. Reminded them that because of the parent's work schedule, the meeting must be in the morning. Advised that the dates proposed are not good for my office, and asked if there were additional dates next week where the team could meet in the morning per the HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 03/11/2015 | Receive and review email from DCPS employee re: scheduling meeting per HOD. She advised that DCPS is testing and can't meet in the morning (when the parent is off from work) until April, even though the HOD requires that the meeting take place before then. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/11/2015 | Call to the parent about HOD implementation, the meeting that DCPS needs to have per HOD, the comp ed being referred out, and to answer questions about HOD implementation. The parent indicates she can only meet in the morning or when she is off from work, but that she does not yet know her days off for next week. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 03/11/2015 | Draft and send email to DCPS in response to their email re: scheduling meeting per the HOD and their schedule because of testing. Advised that the parent can only meet in the afternoon if she has the day off and that she has not yet been told when that will be. Advised I can call her again next week to get more information on her availability. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/12/2015 | Receive and review email from DCPS CCM I Johnson asking if I have had a chance to talk to the parent about her availability for the meeting per HOD, as the meeting needs to take place before March 26. I have been communicating with DCPS about this, but Mr. Johnson must have not been advised and he is responsible for monitoring HOD compliance. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/12/2015 | Draft and send email to Mr. Johnson in response to his email re: HOD implementation. Advised that I have been going back and forth with DCPS staff about scheduling and he was copied to the emails. Advised him of the current situation. Told him I'd follow up next week for more information on the parent's days off. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 03/12/2015 | Per the request of DCPS, contacted parent by phone to find out if she knows when she will be able to participate in an afternoon meeting per HOD, since DCPS claims an inability to meet in the morning and the parent works in the afternoons. Parent does not find out about her days off until Tuesday and indicated she would call back then. Reminded her about the nature of this meeting and the fact it is per HOD and asked for her to remember to let us | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/16/2015 | Phone call from the parent to discuss concerns about continued suspension of the student in light of the recent HOD and the meeting that is supposed to be held per HOD and the finding of the HOD that the placement the student is currently in is inappropriate and that was a denial of FAPE. Parent is concerned because of current 10 day suspension and the student needing an MDR meeting. Parent advised me that no paperwork has been sent home. In light of the HOD and these facts, I have advised the parent to send the student to school tomorrow. Advised parent of contact I will make on her behalf. Discussed implications of HOD on this issue and answered questions. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 03/16/2015 | Draft and send email to DCPS to advise them of phone call from parent, concerns about suspension given HOD and inappropriate placement, no suspension paperwork being sent, my advising the parent to send the student to school tomorrow, and MDR meeting needed, and us needing paperwork on the suspension. Advised of parent's concerns about student missing testing. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 03/16/2015 | Receive and review email from DCPS in response to my email about the suspension and implications of the recent HOD/ inappropriate placement and outstanding concerns. Advised that paperwork re: suspension is attached. Advised that the father was contacted about an MDR meeting. DCPS says they have not heard from us re: scheduling meeting per HOD and that the meeting must take place at 1 pm or later, even though the parent is unavailable during those times and DCPS is aware of that. DCPS wants to have the meeting per HOD and the MDR meeting together as one meeting. Time includes review of attached reports re: disciplinary issue for use in determining next steps in light of HOD finding. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 03/17/2015 | Draft and send email to DCPS re: their email about the student's suspension and HOD implementation. Advised that the parent is unable to schedule the meeting per HOD in the afternoon until she knows her days off. I advised I would tell DCPS as soon as we have that information. Agreed it would be appropriate to have the MDR meeting and HOD meeting together. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/17/2015 | Following review of suspension notice, draft and send email of concern to DCPS re: indications that the student, a minor, was interviewed alone. Also advised that the notice indicates the student should be in attendance at school during the review of the suspension, and that this should have been communicated to the parent, especially in light of the finding of the HOD that the student was inappropriately placed and that has not yet been | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/17/2015 | Receive and review email response from DCPS re: my concerns about the suspension paperwork in light of the findings of the HOD and the outstanding meeting per HOD. DCPS says they are aware we are waiting on word from the parent about days off. DCPS indicates the suspension was dealt with appropriately. DCPS agrees the student should return to school immediately. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/18/2015 | Receive phone call from the parent re: Meeting per HOD and her days off. Discussed scheduling MDR meeting and HOD meeting and the parent is interested in waiving timeline for meeting per HOD so that both meetings can be held in the morning after testing. Advised I would contact DCPS and express this to them and try and schedule the meeting as she indicated. Reminded parent of purpose of meeting per HOD and likely outcome and next steps. Answered questions. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 03/18/2015 | Draft and send email to DCPS following phone call with the parent. Advised of the one day off the parent has and her agreement that we can waive the timeline in the HOD and have the meeting in the morning for HOD implementation and also for MDR meeting once the school is completed with testing and can meet to accommodate the parent's | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/18/2015 | Receive and review email from DCPS indicating that they can't have the meeting the one day the parent is off from work and could meet in the afternoon prior to the HOD deadline. They indicate other dates on which they are available. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

24

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 03/18/2015 | Draft and send email clarifying to DCPS that the parent would like to waive the timeline and meet for both HOD implementation and the MDR meeting after testing is over so the meeting can be in the morning. Advised that the parent gave me permission to sign something waiving the timeline in the HOD to make this happen for her convenience and ability to participate. Asked for someone from DCPS to advise if this is possible. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/18/2015 | Receive and review email from DCPS HOD implementation staff J Johnson advising that it is ok for the parent to waive the timeline in the HOD to allow for the meeting after testing is over. He asked DCPS staff (also on the email) to propose dates/ times when this could take place after testing is complete. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/19/2015 | In light of the parent's agreement to extend the HOD timeline to accommodate a meeting in the morning, receive email from DCPS proposing three dates when a meeting can be held per HOD with times in the morning. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/23/2015 | In order to facilitate implementation of the HOD, draft formal referral letter for the compensatory education services for Amala Lives/ Destined for Greatness to provide the services. Attached to email along with the documentation from DCPS authorizing the services and drafted an email to the company providing contact information for the parent and parent concerns about the services and implementation. Advised of the deadline for the services to be used per HOD. | $370.00 hr | 0.40 | 0.40 | $148.00 | 0.00 |
| 03/23/2015 | Receive and review email from Amala Lives representative in receipt of referral of compensatory education per HOD. She advised that the company had previously worked with the student and would contact the parent right away to facilitate implementation of the HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 03/26/2015 | Phone call from the parent advising that the student was arrested at school just now and she is very concerned and doesn't know where the student is. Advised that I would reach out to the school. Also advised how this might be used at the meeting per HOD when we talk about the student's needs re: his IEP/ LRE. Answered parent's | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 03/26/2015 | Following phone call from the parent about student being arrested at school even after finding that he is in an inappropriate placement per the HOD, drafted and sent email to DCPS. Advised of the inappropriateness of the suspensions that continue even in light of the findings of the HOD. Advised that we need more information about the location of the student and next steps given we have not yet had the meeting per HOD for implementation purposes. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/26/2015 | Receive and review email from DCPS in response to my concerns about the suspension / arrest today at school in light of the HOD that recently was issued. The school says if the parent wants information, she has to reach out to the school directly and that an MDR meeting will be needed. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/26/2015 | In response to the email from DCPS about the suspension during the pending HOD implementation meeting, advised that it is inappropriate to say the parent can only receive information if she contacts the school directly. Reminded DCPS of the role of the attorney in the case as the parent's representative, and reiterated my request for more information. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|------|-------------|------|-------|---|--------|---|
| 03/27/2015 | Received phone call from parent advising about the issue yesterday, which is going to be part of the meeting per HOD and will inform the decision regarding the placement/ revision of the IEP as ordered by the IHO. Parent advised about student's court visit and referral to a program. Parent advised about new proposed 45 day suspension. Advised about the MDR meeting that needs to happen and the other two meetings (10 day suspension and mtg per HOD) that we already needed to have. Advised parent I would be reaching out again about documents and meeting times in the morning to accommodate her schedule. Explained what the MDR meeting will be about and how this will play into the HOD. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 03/27/2015 | Draft and send follow up email to DCPS in light of the arrest/ suspension that happened during the pendency of the meeting for HOD implementation. Advised that we never received the information about the incident, as it was promised by COB yesterday. Reiterated concern about inappropriate placement per finding of the HOD and asked for the information to be sent immediately. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/27/2015 | Following another phone call from the parent, drafted and sent another communication to the school regarding outstanding concerns about FAPE following issuance of favorable HOD finding Johnson an inappropriate placement and DCPS's actions thereafter. Advised of what the parent advised me and the proposed 45 day suspension that she just learned about. Also advised we have not yet heard about the MDR meeting and there is still a need for the meeting per HOD. Advised that the increased behavioral issues will need to be incorporated into the IEP when the team meets per the HOD, as the HOD requires this to be | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 03/27/2015 | Following my continued emails to DCPS about FAPE issues in light of recent HOD and continued long-term suspensions, finally received suspension documentation via email from DCPS. Reviewed to determine next steps, since HOD implementation meeting has still not taken place. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 03/30/2015 | Phone call from the parent about a concerning letter that she received re: the student not being allowed to return to school. Parent is very concerned in light of the recent HOD and the fact that it appears to be retaliation that the school keeps punishing the student when it was found that DCPS denied the student a FAPE and his placement is inappropriate. Parent does not believe continued discipline of her son is appropriate in light of this finding. Parent wants information on MDR meeting and HOD implementation meeting. Advised parent of steps that I would be taking on her behalf. | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 03/30/2015 | Following phone call with parent about continued issues following favorable HOD, drafted email to DCPS advising of the concerns about continued discipline of the student in light of the HOD and the need for the meeting per HOD to discuss these issues in addition to the MDR issues. Advised we need to schedule this meeting asap. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/30/2015 | Receive and review email from DCPS asking if we can meet on 4/2 at 9 am. The proposed meeting would be for MDR and for HOD implementation purposes, since that meeting has not yet taken place. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/30/2015 | In response to my email of concern, receive email from DCPS attaching another document with the letter sent to the parent that led to her concerns. DCPS did not respond about continued concerns about FAPE in light of favorable HOD and implementation meeting needing to take place. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 03/30/2015 | Draft and send email in response to DCPS regarding proposed meeting date of April 2. Advised that I will be out of town for a holiday on that date. Advised that we need a little more time to plan, as that proposed date is two days away. Asked for additional options for the meeting per HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 03/30/2015 | Receive and review another email from DCPS advising of another date/ time that we can hold the meeting per HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/01/2015 | Receive and review email from DCPS asking us to confirm whether we can meet on April 9 for the MDR/ IEP meeting per HOD. DCPS asked me to confer with the parent and advise as to her availability. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/01/2015 | Draft and send email to DCPS proposing that we meet on April 10 instead of April 9, and asking for DCPS's availability on that date prior to me confirming with the parent. This is for the meeting per HOD which is still pending. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/01/2015 | Receive and review email from comp ed provider Amala Lives advising that they have received word from the parent that she is working with another organization for comp ed and not them. This is not the case, as we referred out the comp ed and we referred it to Amala Lives. There is clearly confusion that needs to be cleared up with the | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/01/2015 | Receive and review email from DCPS advising that the team can meet on April 10 at 9 am for the meeting per the HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/01/2015 | Draft and send email response to Amala Lives (comp ed) representative advising that the parent is mistaken and the comp ed has not been referred to any other organization. Advised I would follow up with the parent and get back to her asap for HOD implementation purposes. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 04/07/2015 | Phone call to the parent to clear up any confusion about implementation of the HOD through comp ed with Amala Lives. The parent advised that she was confused because the student was referred to a different organization through the court. I discussed the difference between what the court ordered and the comp ed and the parent agrees that Amala Lives should continue pursuing HOD implementation for the student in addition to the court provided services. Advised the parent I would reach out to the comp ed provider to clear up the confusion so the HOD implementation services can begin. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |
| 04/07/2015 | Following phone call with the parent, drafted email to DCPS re: the meeting per the HOD to ask if we can start at 9:30 to accommodate the parent taking her other child to school. Advised that I could be there at 9 in case we had to start without the parent and then she had to join... | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/07/2015 | Following phone call with the parent, draft and send email to Amala Lives, the comp ed provider, advising of the confusion of the parent and the parent's interest in having the comp ed services through their company. asked that they follow up and coordinate the services per HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/07/2015 | Receive and review email from DCPS advising that they can accommodate the meeting per HOD for 9:30 am. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/07/2015 | Phone call to the parent to advise that we will hold the meeting per HOD at 9:30 on the 10th. Had lengthy discussion of HOD agenda and some ideas of what we would be asking for in the IEP in response to increased behavioral concerns and the student entering high school next year. Advised as to the limitations of the language in the HOD and what to expect. Advised of next steps depending on what DCPS agreed to put in the HOD. | $370.00 hr | 0.20 | 0.20 | $74.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 04/08/2015 | Receive and review formal LOI for upcoming meeting per HOD, as is required by law. Reviewed LOI to determine if the meeting will be held with the appropriately constituted team and will have the agenda as we expected | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 04/10/2015 | Attend and represent parent at the meeting per the HOD for this student where we followed the agenda required by the HOD. This was a meeting specifically ordered by the HOD in this case. | $370.00 hr | 3.00 | 3.00 | $1,110.00 | 0.00 |
| 04/10/2015 | in person meeting with the parent following the meeting per the HOD to discuss the HOD requirements and whether they were followed by DCPS. Advised parent on next steps and discussed outstanding concerns | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 04/29/2015 | Receive and review email from Amala Lives/ comp ed provider advising that comp ed services have begun for this student per the HOD. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 05/01/2015 | Phone call from the parent asking about the placement for next year as discussed at the meeting per HOD, as that was one of the things that was on the agenda for that meeting. Parent is confused due to a letter she received today about the location for summer school and asked us to follow ... | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 05/01/2015 | Receive and review email sent by educational advocate to DCPS about a letter the parent received about summer school that calls into question the student's placement for next year. The meeting per HOD involved a discussion of placement for next year, so there are some outstanding questions about location for that placement discussed at the meeting per HOD. We asked for additional details about this letter and next year's placement. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 05/21/2015 | Receive and review email from DCPS asking whether the comp ed services per the HOD have begun, and if so, with what company. This is for implementation tracking purposes | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 05/22/2015 | Receive and review email from DCPS clarifying that the student's placement as discussed at the meeting per the HOD is going to be the BES program at Ballou and explaining the letter that the parent received was about summer school and did not have to do with the placement or location that was discussed at the meeting per HOD | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 06/11/2015 | Receive and review another email from DCPS re: HOD implementation. The email indicates that someone new at DCPS is taking over monitoring of HOD compliance. The email asks questions regarding the identity of the comp ed provider for the services per HOD and asks for the contact | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 06/11/2015 | Draft and send email to DCPS once again providing information on the comp ed provider per the HOD services. | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| | Total Labor For Alana Hecht | | 114.20 | 109.80 | $40,556.20 | 4.40 |
| | Total Expense For Alana Hecht | | | $219.48 | $219.48 | |
| | Total For Alana Hecht | | | | $40,775.68 | |
| | Grand Total Labor | | 114.20 | 109.80 | $40,556.20 | 4.40 |
| | Grand Total Expenses | | | $219.48 | $219.48 | |
| | Grand Total | | | | $40,775.68 | |
| | Total Times for All Currencies: | | 114.20 | 109.80 | | 4.40 |